UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

NICKY A. LANDOR (#324646)

VERSUS

WARDEN LAMARTINIERE, ET AL

CIVIL ACTION

NUMBER 12-103-BAJ-SCR

**RULING**

The Court has carefully considered the motion, the record, the law applicable to this action, and the Report and Recommendation of the United States Magistrate Judge Stephen C. Riedlinger dated July 31, 2012 (doc. 21), and defendant's objection filed August 15, 2012 (doc. 22).

The Court hereby approves the report and recommendation of the magistrate judge and adopts it as the Court's opinion herein.

Accordingly, plaintiff's Motion for Partial Summary Judgment is denied, defendants' Motion for Summary Judgment is granted and this action is hereby dismissed.

Plaintiff's claims against Outcamp Asst. Warden Lamartiniere, Lt. Brannon, and Capt. Greg Aymond are dismissed for failure to prosecute

pursuant to Rule 4(m), Fed.R.Civ.P.

Baton Rouge, Louisiana, August 27, 2012.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA